Dismissed and Opinion filed April 24, 2003









Dismissed and Opinion filed April 24, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-02-00810-CV

____________

 

SPARKS FINANCIAL GROUP, INC., Appellant

 

V.

 

THARALDSON ENTERPRISES, INC. &
THARALDSON DEVELOPMENT COMPANY, Appellees

 



 

On Appeal from the 295th District Court

Harris
County, Texas

Trial Court Cause No. 99-51823

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment
signed May 20, 2002.

On April 16, 2003, appellant filed a motion to dismiss the
appeal because the case has been settled. 
See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Opinion
filed April 24, 2003.

Panel consists of Justices Yates,
Hudson and Frost.